AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Luz Mary Vasquez Cruz | ) | Case No.   8:25-mj-2547-NHA |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 15, 2025 _____ in the county of _____ Hillsborough _____ in the

_____ Middle _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Forcibly assaulting a federal officer |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ashley Autuori, Special Agent, HSI
_____
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me
pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: _____ July 15, 2025 _____

_____
*Judge's signature*

City and state: _____ Tampa, FL _____

Honorable Natalie H. Adams, U.S. Mag. Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Ashley Autuori, being duly sworn, hereby depose and state as follows:

1.    I am employed as a Special Agent ("SA") with the Department of Homeland Security (DHS), Homeland Security Investigations ("HSI"), and am currently assigned to Tampa, Florida.  I have been employed as a federal law enforcement agent since April of 2024.

2.    As a Special Agent, I am charged with enforcing United States immigration laws, both administrative and criminal, including investigating violations of such laws and making arrests of removable aliens in accordance with these laws.  I am a federal law enforcement agent with the authority to execute arrest and search warrants under the authority of the United States.

3.    I submit this Affidavit in support of a criminal complaint charging Luz Mary VAZQUEZ Cruz ("**VAZQUEZ**"), with assaulting, resisting, or impeding certain officers or employees, in violation of 18 U.S.C. § 111(a)(1).  The statements contained in this affidavit are based on my personal knowledge and experience, and reliable information from other law enforcement officers and computer databases.  Because of the limited purpose of this affidavit, I have not included each and every fact known to me.  I have included only those facts that I believe are necessary to establish probable cause supporting the requested complaint.

### PROBABLE CAUSE

4.    In July of 2025, Homeland Security Investigations (HSI) Special Agents were conducting an investigation into Marvin Isaac CACERES Maradiaga, a citizen

of Honduras who was ordered removed from the United States by an immigration judge on or about February 14, 2023, but had failed to depart from the United States as ordered.

5.    As part of this investigation, Special Agents identified 6409 N 41st St Tampa, Florida, as an address which CACERES had a business registered at.

6.    On or about July 15, 2025, HSI Special Agents were conducting surveillance of 6409 N 41st St Tampa, Florida, and observed CACERES exit the residence and enter a vehicle parked in the driveway of the residence.

7.    Agents, with insignia clearly identifying them as "Police" and "Federal Agents" approached CACERES and identified themselves as Special Agents. Agents asked CACERES his name and he confirmed his identity. Special Agents then instructed CACERES to step out of the vehicle.

8.    As Agents were speaking with CACERES, **VAZQUEZ** exited the residence brandishing a cooking pot over her head like a weapon and began to verbally accost agents. **VAZQUEZ** placed her body between agents and CACERES vehicle to physically prevent agents from arresting CACERES.

9.    When agents advised **VAZQUEZ** they had no need to interact with her, **VAZQUEZ** began to shove agents so forcefully they were forced to take a step back to maintain their balance and avoid falling.

10.    **VAZQUEZ** continued to physically assault the agents and used her body to physically prevent agents from taking CACERES into custody, which

2

allowed CACERES to abscond into the residence.

11.    A knock and talk was conducted at 6409 N 41st St Tampa and

**VASQUES** provided verbal consent to search the residence.

12.    **VAZQUEZ** was detained and transported to the HSI Tampa office for

questioning. During a post-*Miranda* interview, **VAZQUEZ** admitted to assaulting

Agents by pushing them on or about July 15, 2025.

13.    **CONCLUSION**

14.    Based on the foregoing information, I respectfully submit that probable

cause exists to believe that **VAZQUEZ** assaulted a federal officer while they were

engaged in their official duties in violation of 18 U.S.C. § 111(a)(1).

Ashley Autuori
Special Agent,
Homeland Security Investigations

Affidavit submitted by email and attested to me as true and accurate by telephone
consistent with Fed. R. Crim. P. 4.1 and 41(d)(3), before me this 15th day of July
2025, in Tampa, Florida.

HONORABLE NATALIE H. ADAMS
United States Magistrate Judge

3