UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                        Case No. 8:25-cr-379-TPB-AAS

LUZ MARY VASQUEZ CRUZ
_____/

**O R D E R**

The United States Probation Office has filed Petition for Action on Conditions of Pretrial Release, alleging that the Defendant violated her release conditions by making unauthorized visits to a bank and a fast food location, while on home incarceration conditions. The United States moves to revoke the Defendant's pretrial release.

After conducting a hearing on the matter, and for the reasons stated at the hearing, I find clear and convincing evidence that the Defendant violated the conditions of her release, but I do not find that she is unlikely to abide conditions of release in the future or that the factors in section 3142 necessitate her detention. *See* 18 U.S.C. § 3148. In particular, I note that the Defendant has not violated any of her conditions of release in the last 40 days.

I hereby deny the motion to revoke her bond.

Additionally, after a hearing on the motion, I grant in part and deny in part the Defendant's motion to modify conditions to allow her to seek employment. Doc. 35. Pretrial shall have the discretion to approve the Defendant's travel from her home to attend employment interviews. All other conditions shall remain in place.

SO ORDERED in Tampa, Florida, this 9th day of September 2025.

NATALIE HIRT ADAMS
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of record
Pretrial Services Office
United States Marshals Service