# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO. | 8:25-cr-379-TPB-AAS | DATE: | September 30, 2025 |
|---|---|---|---|
| **HONORABLE AMANDA A. SANSONE** | | **INTERPRETER:** | Vanessa Cahuas. |
| UNITED STATES OF AMERICA<br><br>v.<br><br>LUZ MARY VASQUEZ CRUZ | | **LANGUAGE:** | Spanish |
| | | **GOVERNMENT COUNSEL**<br>Jeffrey Chang – AUSA | |
| | | **DEFENSE COUNSEL**<br>Jonathan Hackworth – CJA | |
| **COURT REPORTER:** Digital | | **DEPUTY CLERK:** | Jeremiah Smith |
| **TIME:** 11:26 AM – 11:57 AM | **TOTAL:** 31 Minutes | **PRETRIAL:** | N/A |
| | | **COURTROOM:** | 10B |

## PROCEEDINGS: GUILTY PLEA PROCEEDINGS

(X)    Interpreter sworn.

(X)    Defendant sworn.

(X)    Court advises of defendant's Rule 11 rights.

(X)    Notice of maximum penalty (Doc. 42)

(X)    Plea of guilty entered as to Count One of the Indictment.

(X)    Factual basis established.

(X)    Guilty plea accepted.

(X)    Referred to probation for pre-sentence investigation.

(X)    Sentencing to be scheduled by separate notice before District Judge TPB.

(X)    Bond is continued.