**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                           CASE NO: 8:25-cr-379-TPB-AAS

LUZ MARY VASQUEZ CRUZ

_____

### ACCEPTANCE OF PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation (Doc. 52) of United States Magistrate Judge Amanda Arnold Sansone, the plea of guilty of the defendant to Count One of the Indictment is now **ACCEPTED** and the defendant, Luz Mary Vasquez Cruz, is **ADJUDGED GUILTY** of such offense.

**IT IS FURTHER ORDERED** that sentencing is hereby scheduled before United States District Judge Thomas P. Barber, at the Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Courtroom 14A, Tampa, Florida, 33602, on **DECEMBER 18, 2025, at 10:00 A.M.  Counsel of record and/or the United States Probation Office shall contact Chambers immediately should it be anticipated that this hearing will exceed thirty (30) minutes**.

**DONE** and **ORDERED** in Tampa, Florida this 2nd day of October, 2025.

_____
TOM BARBER
UNITED STATES DISTRICT JUDGE