**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                            **Case No. 8:25-cr-00379-TPB-AAS**

**ALFREDO JAVIER FUENTES**

_____/

## <u>DEFNDANT'S MOTION RAISING COMPETENCY</u>

The Defendant, Alfredo Javier Fuentes, by and through his attorney, pursuant to Fed. R. Crim. P. 12.2 and 18 U.S.C. § 4241, moves for a judicial determination of his competency to stand trial. Specifically, he asks the Court to adopt Dr. Michelle Ayala-Feliciano's psychological evaluation in full, already filed under seal, where she opined that he is incompetent to proceed to trial.

1.     On July 15, 2025, Mr. Fuentes was arrested on a complaint for forcibly assaulting or impeding a federal officer in violation of 18 U.S.C. § 111(a)(1); he made his initial appearance, was appointed counsel, and was released under pretrial supervision. Docs. 3–9, 14.

2.     On July 30, 2025, Mr. Fuentes was charged in a one-count indictment alongside his mother, Mary Luz Vasquez Cruz, for aiding and abetting the forcible assault of a federal officer in violation of 18 U.S.C. § 111(a)(1) in violation of 18 U.S.C. §§ 111(a)(1) and 2. Doc. 23.

1

3.      Counsel requested the services of Dr. Michelle Ayala Feliciano to evaluate Mr. Fuentes's competency to stand trial, and he underwent an evaluation in October 2025.

4.      In her final report dated December 19, 2025, already filed under seal, Dr. Ayala Feliciano opined that Mr. Fuentes is incompetent to stand trial, that he can be restored to competency, and that competency restoration services be conducted here in the community.

WHEREFORE, Mr. Fuentes respectfully requests this Court to adopt Dr. Ayala-Feliciano's findings that he is incompetent to stand trial so we may begin the process of restoring him to competency pursuant to 18 U.S.C. § 4241 with one exception: that Mr. Fuentes remain here in the community with his family for purposes of restoring his competency and determining whether he may be restored to competency in the future.

Respectfully submitted on January 20, 2026.

**CHARLES L. PRITCHARD, JR.**
**FEDERAL PUBLIC DEFENDER**

*/s/ Stephen Consuegra*
Assistant Federal Public Defender
Florida Bar No. 105816
400 N. Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
E-mail: Stephen_Consuegra@fd.org

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 20, 2026, a true and correct copy of

the foregoing was furnished using the CM/ECF system with the Clerk of the

Court, which will send notice of the electronic filing to the following:

AUSA Jeffrey Chang.

/s/ Stephen Consuegra
Stephen Consuegra
Assistant Federal Public Defender