**UNITED STATES**

**Case No.: 8:25-cr-00379-TPB-AAS**

**v.**

**Luz Mary Vasquez Cruz**

_____ /

## SENTENCING MEMORANDUM

**COMES NOW**, LUZ MARY VASQUEZ CRUZ, by and through the undersigned counsel, and files this sentencing memorandum in support of a sentence below the advisory guideline range. Ms. Cruz respectfully requests that this Honorable Court impose a sentence "sufficient, but not greater than necessary" to achieve the sentencing purposes of 18 U.S.C. § 3553(a).

## FACTORS SUPPORTING A VARIANCE

1. The Defendant pled guilty to Forcibly Assaulting, Resisting, or Impeding Certain Officers or Employees pursuant to 18 U.S.C. §§111(a)(1) and 2.

2. As Ms. Cruz stands before this Honorable Court she requests to be sentenced to a non-incarcerative, supervisory sentence. The Guidelines as outlined by the United States Probation Officer proposes the guideline imprisonment range to be between 24 months to 30 months.

3. Ms. Cruz stands before this Honorable Court as an individual not seeking to skirt or escape any responsibility or sanctions from this Honorable Court, rather she seeks to be held accountable only for those things she actually did. Ms. Cruz, by her guilty plea and own admissions, was swept up in love for her Husband and the misadvise of television pundits and lawyers concerning how to respond to Immigration and Custom

Enforcement actions in her local community. Given Ms. Cruz's mental health history and limited access to lawyers, she believed these television personalities and TikTok lawyers that Immigration and Custom Enforcement agents were required to present warrants and other improper assumptions regarding the law. Ms. Cruz's criminal actions were more based in her misunderstanding of the law, which is clearly not a legal defense, and her love for her Husband, than an ill will or malicious intent towards this Country and its Law Enforcement Officers.

4. A probationary sentence for Ms. Cruz under the watchful eye of the United States Probation Office meets and achieves the sentencing purposes of 18 U.S.C. § 3553(a). This sentence guarantees Ms. Cruz continues to receive the mental health treatment and substance abuse monitoring that she so dearly needs. It is a sentence recognizing the seriousness of the offense Ms. Cruz committed.

5. Furthermore, it permits her to maintain legal, lawful employment which will provide her the structure she needs to succeed in this next chapter of her life. Ms. Cruz's Presentence Investigation details the horrific trauma she has suffered throughout her entire life whether at the hands of her Family, her Spouses or others. A supervisory sentence will give her the opportunity to continue to grow and ensure she has the structure to ensure this never occurs.again.

6. Further argument will be presented *ore tenus* on mitigating issues at sentencing.

**WHEREFORE**, because a sentence less than the guidelines honors the factors of §3553(a) and is "sufficient, but not greater, than necessary", Ms. Cruz respectfully requests this Honorable Court grant a variance that would acknowledge his background and circumstances.

> ***/s/ Jonathan E. Hackworth***
> Jonathan Hackworth, Esq.
> FBN #84234
> Hackworth Law, P.A.
> 1818 North 15th Street
> Tampa, FL 33605
> Telephone: (813) 280-2911
> Email: jhack@bhtampa.com
> Attorney for the Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this January 22, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

> /s/ Jonathan E. Hackworth
> Jonathan E. Hackworth, Esq.