# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                        **Case No. 8:25-cr-00379-TPB-AAS**

**ALFREDO JAVIER FUENTES**

_____/

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Alfredo Javier Fuentes, the above-named

defendant, hereby appeals to the United States Court of Appeals for the Eleventh

Circuit from the Order of Competency (Doc. 99) and the Order overruling

Defendant's objections to the Order of Competency (Doc. 104) in the above-

referenced case entered in this action on May 4, 2026.

Respectfully submitted,

Charles L. Pritchard, Jr.
Federal Public Defender

_/s/ Stephen Consuegra_
Assistant Federal Public Defender
Florida Bar No. 105816
400 N Tampa St, Suite 2700
Tampa, FL 33602
Phone: (813) 228-2715
Fax: (813) 228-2562
E-mail: Stephen_Consuegra@fd.org

1

## **CERTIFICATE OF SERVICE**

I HEARBY CERTIFY that on May 14, 2026, a true and correct copy of the

foregoing was furnished by the CM/ECF system with the Clerk of the Court,

which will send a notice of the electronic filing to the following:

AUSA Jeffrey Chang.


/s/ Stephen Consuegra
Stephen Consuegra
Assistant Federal Public Defender